**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7432**

---

WILLIAM SHORTER, JR.,

Plaintiff - Appellant,

versus

JOSEPH M. BROOKS,

Defendant - Appellee.

---

**No. 03-7600**

---

WILLIAM SHORTER, JR.,

Petitioner - Appellant,

versus

JOSEPH M. BROOKS,

Respondent - Appellee.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CA-3-545-2)

---

Submitted: January 16, 2004      Decided: February 25, 2004

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

―――――――――――

William Shorter, Jr., Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In appeal No. 03-7432, William Shorter, Jr., seeks to appeal from the district court's order transferring his action to the Alexandria Division of the Eastern District of Virginia. He noted appeal No. 03-7600 from the district court's denial of his motion for leave to proceed in forma pauperis on appeal. We have reviewed the record and find no reversible error and no abuse of discretion. See 28 U.S.C. §§ 1631 & 1915 (2000); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals for the reasons stated by the district court. See Shorter v. Brooks, No. CA-3-545-2 (E.D. Va. Aug. 19 & Sept. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 3 -